May 11, 1984.
476 A.2d 68

Commonwealth v. Alston, Appellant.
Petition for Allowance of Appeal
Denied Sept. 6, 1984.

Submitted March 5, 1984. Joseph A. Ciccitto, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

476 A.2d 68
Commonwealth v. Bainbridge, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted November 4, 1983. Jeffrey P. Bowe, Assistant Public Defender, for appellant; Kent D. Watkins, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed